AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
12/17/2025
Clerk, U.S. District Court
Western District of Texas

By: ___FMorales___
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -06903(1) - MAT |
| | § |
| (1) ERNESTO MATIAS-ANDRES | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 15, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Ernesto MATIAS-Andres, an alien to the United States and a citizen of Guatemala was found at a residence near the 8200 block of Broadway Dr. in El Paso, Texas in the Western District of Texas. From statements made by the

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ PORTILLO, ALEJANDRO
Signature of Complainant
Border Patrol Agent

December 17, 2025                           at   EL PASO, Texas
Date                                             City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -06903(1)

WESTERN DISTRICT OF TEXAS

(1) ERNESTO MATIAS-ANDRES

FACTS   (CONTINUED)

DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on October 18, 2025 through Alexandria, La. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed 2 times, the last one being to GUATEMALA on October 18, 2025, through ALEXANDRIA, LA


CRIMINAL HISTORY:
None Found